**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
Hayley A. Reynolds (State Bar No. 306427)
  hayley@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

**FENWICK & WEST LLP**
Molly R. Melcher (State Bar No. 272950)
  mmelcher@fenwick.com
Shannon E. Turner (State Bar No. 310121)
  sturner@fenwick.com
Armen N. Nercessian (State Bar No. 284906)
  anercessian@fenwick.com
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

*Attorneys for Plaintiffs*

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOKWEZO MYLES AND ERIN SCOTT, on behalf of themselves, the general public, and those similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>A BETTER BRAND, INC.,<br><br>  Defendant. | Case No. 4:24-cv-00495-TLT<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS**<br><br>Hon. Trina L. Thompson |

Pursuant to Civil Local Rule 6-2, plaintiffs Zokwezo Myles and Erin Scott ("Plaintiffs") and defendant A Better Brand, Inc. ("Defendant"), through their respective counsel of record, hereby stipulate as follows:

Defendant filed a motion to dismiss on May 13, 2024. (ECF No. 31.) Under Civil Local Rule 7-3, Plaintiffs' opposition is due on May 28, 2024, and Defendant's reply is due on June 4, 2024. Defendant noticed the motion for hearing on August 27, 2024.

Due to commitments (briefing and discovery matters) required in other cases, the Parties require additional time to adequately prepare their opposition and reply to Defendant's motion. Accordingly, the Parties stipulate and propose that the Court continue Plaintiffs' deadline to file their opposition to Defendant's motion to dismiss until **June 11, 2024**; and continue Defendant's deadline to file its reply to **June 21, 2024**. No change to the noticed hearing is proposed.

This is the Parties' first request for an extension of the motion to dismiss briefing deadlines, and the requested extension will not affect any other deadlines in the case.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: May 16, 2024

**GUTRIDE SAFIER LLP**

/s/ Hayley A. Reynolds
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
Hayley A. Reynolds (State Bar No. 306427)
  hayley@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Plaintiffs*

**FENWICK & WEST LLP**

/s/ Shannon E. Turner
Molly R. Melcher (State Bar No. 272950)
  mmelcher@fenwick.com
Shannon E. Turner (State Bar No. 310121)
  sturner@fenwick.com
Armen N. Nercessian (State Bar No. 284906)
  anercessian@fenwick.com
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

*Attorneys for Defendant*

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with the Northern District of California Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories who are listed on the signature page.

Dated: May 16, 2024

          **GUTRIDE SAFIER LLP**

          *s/ Hayley Reynolds*
          Seth A. Safier (State Bar No. 197427)
            seth@gutridesafier.com
          Marie A. McCrary (State Bar No. 262670)
            marie@gutridesafier.com
          Hayley A. Reynolds (State Bar No. 306427)
            hayley@gutridesafier.com
          100 Pine Street, Suite 1250
          San Francisco, CA 94111
          Telephone: (415) 639-9090
          Facsimile:  (415) 449-6469

          *Attorneys for Plaintiff*

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Plaintiffs' time to oppose Defendant's motion to dismiss shall be extended to June 11, 2024, and Defendant's time to reply shall be extended to June 21, 2024.

Dated:  May 17, 2024

_____
Hon. Trina L. Thompson
United States District Judge