**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
    seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
    marie@gutridesafier.com
Hayley A. Reynolds (State Bar No. 306427)
    hayley@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiffs*

**FENWICK & WEST LLP**
Molly R. Melcher (State Bar No. 272950)
    mmelcher@fenwick.com
Shannon E. Turner (State Bar No. 310121)
    sturner@fenwick.com
Armen N. Nercessian (State Bar No. 284906)
    anercessian@fenwick.com
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZOKWEZO MYLES and ERIN SCOTT, on behalf of themselves, the general public, and those similarly situated,<br><br>                              Plaintiffs,<br><br>    v.<br><br>A BETTER BRAND, INC.,<br><br>                              Defendant. | Case No. 3:24-cv-00495-TLT<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING** |

**PLEASE TAKE NOTICE** that the parties have reached a settlement in principle. They estimate that they will submit a request for dismissal by no later than September 9, 2024.

As such, the Parties request the hearing on Defendant's motion to dismiss currently set for August 27, 2024, be continued to October 29, 2024, which is the Court's next available hearing date, with the expectation that the case will be dismissed before then.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: August 22, 2024

**GUTRIDE SAFIER LLP**

*/s/ Hayley A. Reynold*
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
Hayley A. Reynolds (State Bar No. 306427)
  hayley@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiffs*

**FENWICK & WEST LLP**

*/s/ Armen N. Nercessian*
Molly R. Melcher (State Bar No. 272950)
  mmelcher@fenwick.com
Shannon E. Turner (State Bar No. 310121)
  sturner@fenwick.com
Armen N. Nercessian (State Bar No. 284906)
  anercessian@fenwick.com
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

*Attorneys for Defendant*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____ , 2024

_____
The Honorable Trina L. Thompson
United States District Judge