**GUTRIDE SAFIER LLP**
SETH A. SAFIER (State Bar No. 197427)
seth@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOKWEZO MYLES and ERIN SCOTT, on behalf of themselves, the general public, and those similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>A BETTER BRAND, INC.,<br><br>      Defendant. | Case No. :24-cv-00495-TLT<br><br>NOTICE OF VOLUNTARY DISMISSAL |

| | |
|---|---|
| 1 | Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs, by and through their undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant. Such dismissal is without prejudice as to the claims of alleged putative class members. Each party shall bear its own attorneys' fees and costs. |

Dated: September 12, 2024

**GUTRIDE SAFIER LLP**

/s/Seth Safier/s/

_____
Seth A. Safier, Esq.
100 Pine Street, Suite 1250
San Francisco, California 94111

Attorneys for Plaintiff, MYLES and SCOTT